# FORM FOR USE IN APPLICATIONS
# FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

NAME: *Andrew King*

PRISON NUMBER: *197514*

NAME AND PLACE OF CONFINEMENT: *Century C. I.*

ADDRESS OF PLACE OF CONFINEMENT: *400 Tedder Rd,*
*Century, FL. 32535*

THE UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION, *Ft. Lauderdale Div.*

CASE NO. **06 - 609 76** CIV - ALTONAGA MAGISTRATE JUDGE

(TO BE SUPPLIED BY CLERK OF U.S. DISTRICT COURT)

*Andrew King*                                                                        , PETITIONER
(FULL NAME)   (INCLUDE NAME UNDER WHICH YOU WERE CONVICTED)

VS.

*James Mcdonough, Acting Secretary of Corrections.*
RESPONDENT
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER)

AND

THE ATTORNEY GENERAL OF THE STATE OF FLORIDA, *Charlie*
*Crist, Jr.*                                          , ADDITIONAL RESPONDENT.

(IF PETITIONER IS ATTACKING A JUDGEMENT WHICH IMPOSED A SENTENCE TO BE SERVED IN THE *FUTURE*, PETITIONER MUST FILL IN THE NAME OF THE STATE WHERE THE JUDGEMENT WAS ENTERED. IF PETITIONER HAS A SENTENCE TO BE SERVED IN THE *FUTURE* UNDER A FEDERAL JUDGEMENT WHICH HE WISHES TO ATTACK, HE SHOULD FILE A MOTION UNDER 28 U.S.C., §2255, IN THE FEDERAL COURT WHICH ENTERED THE JUDGEMENT.)

> PROVIDED TO
> CENTURY CI ON
>
> JUN 2 6 2006
>
> FOR MAILING *AK*

1



> FILING FEE
> PAID
> In Forma
> Pauperis *pending*
> Clarence Maddox, Clerk



## PETITION

1.   Name and location of court which entered the judgement of conviction under attack and state court casenumber(s): _17d Judicial Circuit, Broward, Fla._

2.   Date of judgementconvictionn: _8/21/01_

3.   Length of sentence: _15 years, HVFO and PRR 10&15 min Mand._

4.   Sentencing judge: _Ana I. Gardiner_

5.   Nature of the offense or offenses for which you were convicted: _Aggravated Battery._

_____

_____

_____

_____

6.   What was your plea? (Check one)

(a) Not guilty          ( )
(b) Guilty              (✓)
(c) Nolo contendere     ( )

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictement, give details:_____

_____

_____

_____

_____

_____

7.   Type of trial: (Check one)

(a) jury ( )      (b) Judge only ( )

8.   Did you testify?  Yes ( ) No ( )

2

9.  Did you appeal from the judgement of the conviction?  Yes ( )  No ( ✓ )

10.  If you did appeal, answer the following:

(a) Name of court _____

(b) Result _____

(c) Date of Result _____

If you filed a second appeal or filed a petition for certiorari in the Florida Supreme Court or the United States Supreme Court give details:_____

_____

_____

_____

11.  Did you file any postconviction motions under either Florida Rule of Criminal Procedure 3.800 or 3.850 with the state trial court or any other post conviction motions or petitions for writ of habeas corpus with the state trial court or state appellate court to this judgement and conviction?      Yes ( ✓ ) No ( )

12.  If you did file any matters within the realm of question 11, answer the following as to each motion or petition. Attach separate pages for each motion or petition filed.

(a)  The type of motion/petition filed *Habeas Corpus*

(b)  Date motion/petition filed *May of 2004*

(c)  Name of court *17th Judicial Circuit, Broward, Fla.*

(d)  Result *denied*

(e)  Date of result *8-20-04*

13.  If your motion or petition described in paragraph 12 was denied, did you file an appeal of that denial with the appropriate appellate court? Yes ( ✓ ) No ( )

As to each motion or petition (attach separate pages as need) indicate:

(a)  Name of court where appeal filed *Fourt DCA, Fla.*

(b)  Date appeal filed *UnKnown*

(c)  Result *Affirmed*

(d)  Date of result *UnKnown*

3

Additional Page (1)

12.
    (a) Motion To Correct illegal Sentence
    (b) November 10, 2005
    (c) 17th Judicial Circuit, Broward, Fla.
    (d) denied
    (e) November, 2005

13.  (a) Fourth DCA, Fla.
    (b) Unknown
    (c) Affirmed
    (d) 11-23-05

Additional Page (2)

12

(a) MOTION TO CORRECT ILLegol SENTENCE

(b) January, 2006, AMENdEd 1-19, 2006

(c) 17th Judicial CIRCUIT, BROWARD, Fla.

(d) dENIEd

(e) 3-1-06

13. (a) Fourth DCA, Fla.

(b) UNKNOWN

(c) AFFIRMEd

(d) 6-7-06

3(6)

14.  State concisely every ground on which you claim you are being held unlawfully. Summarize briefly the facts supporting each ground.

CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state Court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily with the understanding of the nature of the charge and the consequence of the plea.

(b)  Conviction obtained by use of coerced confession.

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure (where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim).

(d)  Conviction obtained by use of evidence gained pursuant to an unlawful arrest (where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim).

(e)  Conviction obtained by violation of the privilege against self-incrimination.

(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)  Conviction obtained by the violation of the protection against double jeopardy.

(h)  Conviction obtained by the action of a grand jury which was unconstitutionally selected and impaneled.

(I)  Denial of effective assistance of counsel.

(j)  Denial of right of appeal.

4

A.      Ground one: *Conviction was obtained For a Non Existent Crime.*

Supporting FACTS (tell your story *briefly* without citing cases of law):

*Fundamental Error by State's ommission of Essential Element of Aggravated Battery. State Failed to allege Battery in charging document, State only alleged aggravating Factors.*

Exhaustion of ground one in the state courts:

(1)      Did you raise ground one in the appropriate Florida District Court of Appeal on a direct appeal of your conviction?
Yes (   )   No ( ✓ )

(2)      After your conviction did you raise ground one in the state circuit court that sentenced you by filing a motion under Florida Rule of Criminal Procedure 3.850?
Yes (   )   No ( ✓ )

(a)      If your answer is "yes", then state:

     i.   Date motion filed _____

     ii.  Whether you received an evidentiary hearing _____

     iii. Result _____

     iv.  Date of result _____

(b)      If your Rule 3.850 Motion was denied, did you file an appeal of that denial with the appropriate Florida District Court of Appeal?    Yes (   )   No (   )

     i.    If you failed to appeal the denial of your Rule 3.850 motion, explain briefly

why_____

_____

     ii.   Date appeal filed, result of appeal, and date of result _____

_____

(3)    Have you raised ground one in any other petition, application, or motion filed in the state courts of Florida?
Yes ( ✓ ) No (  )

If your answer is yes, then give the details, including the date the petition, application, or motion was filed, grounds raised, the court's decision, and the date said decision for each such petition, application, or motion, whether there was an appeal of each decision, and the result of the appeal *Filed Petition For Writ of Habeas Corpus, in May, 2004, in the 17th Judicial Circuit, Broward County, Fla. Petition denied 8-20, 04. Appeal was taken to 4th DCA, Fla., Appeal Affirmed.*

B.    Ground two: *Defendant's Sentence as a Prison Releasee is Unconstitutional*

Supporting FACTS (tell your story *briefly* without citing cases or law):

*Defendant's PRR Sentence violates the Florida and United States Constitution.*

_____

_____

_____

_____

_____

6

Exhaustion of ground two in the state courts:

(1)     Did you raise ground two in the appropriate Florida District Court of Appeal on a direct appeal of your conviction?
        Yes ( )   No ( ✓ )

(2)     After your conviction did you raise ground two in the state circuit court that sentenced you by filing a motion under Florida Rule of Criminal Procedure 3.850?
        Yes ( )   No ( ✓ )

    (a)     If your answer is "yes", then state:

        i. Date motion filed _____

        ii. Whether you received an evidentiary hearing _____

        iii. Result _____

        iv. Date of result _____

    (b)     If your Rule 3.850 Motion was denied, did you file an appeal of that denial with the appropriate Florida District Court of Appeal?     Yes ( )   No ( )

        i.    If you failed to appeal the denial of your Rule 3.850 motion, explain briefly why_____

        _____

        ii.   Date appeal filed, result of appeal, and date of result _____

        _____

(3)     Have you raised ground two in any other petition, application, or motion filed in the state courts of Florida?
        Yes ( ✓ )   No ( )

If your answer is yes, then give the details, including the date the petition, application, or motion was filed, grounds raised, the court's decision, and the date said decision for each such petition, application, or motion, whether there was an appeal of each decision, and the result of the appeal_3, 850(a) Motion To Correct Illegal Sentence Filed in 17th Judicial Circuit, Broward Fla, On November 10, 2005, Motion denied, Appeal affirmed 11-23, 05,_____

_____

_____

7

C.    Ground three: _Illegal Sentence_

Supporting FACTS (tell your story *briefly* without citing cases or law): State Failed To Serve Notice of Intent To Seek enhancement Sentence Pursuant To Section 775.084(3)(a)2. Motion was amended with addendum ground; The State's Proof That defendant is a PRR is insufficient to Prove PRR Status which was inadmissible hearsay and did NOT MEET STATUTORY REQUIREMENTS That The OFFENSE was Committed with 3 years of Release From PRISON

Exhaustion of ground three in the state courts:

(1)    Did you raise ground three in the appropriate Florida District Court of Appeal on a direct appeal of your conviction?
       Yes (   )  No ( ✓ )

(2)    After your conviction did you raise ground three in the state circuit court that sentenced you by filing a motion under Florida Rule of Criminal Procedure 3.850?
       Yes (   )  No ( ✓ )

       (a)    If your answer is "yes", then state:

              i.  Date motion filed _____

              ii. Whether you received an evidentiary hearing _____

              iii. Result _____

              iv. Date of result _____

       (b)    If your Rule 3.850 Motion was denied, did you file an appeal of that denial with the appropriate Florida District Court of Appeal?
              Yes (   )  No (   )

8

i.   If you failed to appeal the denial of your Rule 3.850 motion, explain briefly
why_____

_____

ii.   Date appeal filed, result of appeal, and date of result _____

_____

(3)   Have you raised ground three in any other petition, application, or motion filed in the state
courts of Florida?
Yes ( ✓ ) No (   )

If your answer is yes, then give the details, including the date the petition, application, or
motion was  filed, grounds raised, the court's decision, and the date said decision for each
such petition, application, or motion, whether there was an appeal of each decision, and
the result of the appeal _3. 800(a) Motion to Correct illegal_
_Sentence Filed in 17th Judicial Circuit, Broward_
_Fla, Filed Jan., 2006, Amended 1-19,06, denied_
_3-1,06. Appealed 4th DCA, Fla., Affirmed 6-7,06_

D.   Ground four: _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____

_____

_____

_____

_____

_____

_____

_____

9

Exhaustion of ground four in the state courts:

(1)     Did you raise ground four in the appropriate Florida District Court of Appeal on a direct appeal of your conviction?
Yes (   )   No (   )

(2)     After your conviction did you raise ground four in the state circuit court that sentenced you by filing a motion under Florida Rule of Criminal Procedure 3.850?
Yes (   )   No (   )

      (a)     If your answer is "yes", then state:

            i. Date motion filed _____

            ii. Whether you received an evidentiary hearing _____

            iii. Result _____

            iv. Date of result _____

      (b)     If your Rule 3.850 Motion was denied, did you file an appeal of that denial with the appropriate Florida District Court of Appeal?
Yes (   )   No (   )

            i.   If you failed to appeal the denial of your Rule 3.850 motion, explain briefly why_____

_____

            ii.   Date appeal filed, result of appeal, and date of result _____

_____

(3)     Have you raised ground four in any other petition, application, or motion filed in the state courts of Florida?
Yes (   ) No (   )

If your answer is yes, then give the details, including the date the petition, application, or motion was  filed, grounds raised, the court's decision, and the date said decision for each such petition, application, or motion, whether there was an appeal of each decision, and the result of the appeal _____

_____

_____

_____

10

15. Have you filed any petitions, applications, or motions with respect to your judgment and conviction in any federal court?
Yes (   ) No ( ✓ )

16. If your answer to 15 was "yes", give the following information:

(a)   (1)   Name of court _____

(2)   Nature of proceeding and date action filed _____

_____

(3)   Grounds raised _____

_____

_____

_____

_____

_____

(4)   Did you receive an evidentiary hearing on your petition, application or motion?   Yes (   ) No ( ✓ )

(5)   Result_____

(6)   Date of result_____

(b)   As to any second petition, application or motion give the same information:

(1)   Name of court_____

(2)   Nature of proceeding and date action filed_____

_____

(3)   Grounds raised_____

_____

_____

_____

_____

11

(4)    Did you receive an evidentiary hearing on your petition, application or motion?  Yes (  ) No (  )

(5)    Result_____

(6)    Date of result_____

(c)    Did you appeal to the highest court having jurisdiction the result of any action taken on any     petition, application or motion:

(1)    First petition, etc.        Yes ( ✓ ) No (  )
(2)    Second petition, etc.    Yes ( ✓ ) No (  )

(d)    Date of result _UNKNOWN_____     _____

Result of appeal and date of result _UNKNOWN_____

(e)    If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____

_____

_____

_____

17.    Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?  Yes (  ) No ( ✓ )

18.    If you have previously filed a petition for writ of habeas corpus related to this conviction and sentence in federal court, you must first move in the appropriate court of appeal for an order authorizing the federal district court to consider the application. Have you filed such motion?  Yes (  ) No ( ✓ )

If your answer to question 18 is yes, provide the following information:

(a)    Name of court where motion filed_____

(b)    Date motion filed_____

(c)    Result and date of result_____

If your answer to question 18 is no, indicate why you failed to do so_____

_____

12

19.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment and attack herein:

  (a)  At preliminary hearing *Public Defender, 17th Judicial Circuit, Broward, Fla.*

  (b)  At arraignment and plea *Same as above*

  (c)  At trial

  (d)  At sentencing *Same as above*

  (e)  On appeal

  (f)  In any post-conviction proceeding

  (g)  On appeal from any adverse ruling in post-conviction proceeding

20.  Were you sentenced on more than one count of an indictment, or more than one indictment, in the same court and at the same time? Yes (   ) No ( ✓ )

21.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes (   ) No ( ✓ )

  (a)  If so, give the name and location of the court which imposed sentence to be served in the future:

  (b)  Date and length of sentence to be served in future:

  (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes (   ) No (   )

13

Wherefore, petitioner prays this Court grant relief to which he may be entitled in this proceeding.

**I UNDERSTAND THAT ANY FALSE STATEMENT OR ANSWER TO ANY QUESTIONS IN THIS APPLICATION WILL SUBJECT ME TO THE PENALTIES OF PERJURY (A FINE OF $250,000 OR IMPRISONMENT FOR    FIVE YEARS, OR BOTH).**

I declare that under the penalty of perjury that the foregoing is true and correct.

Executed on _June 26 - 2006_
             Date

                                    _Andrew King_
                                           Signature

_____
      Signature of attorney (if Any)

14